IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                                             Case No: 14-30763-DHW

Barbara Smith                             Chapter: 13
    SSN: xxx-xx-6844

    Debtor

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, **FLAGSTAR BANK, FSB**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **FLAGSTAR BANK, FSB**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

                                                 /s/Enslen Crowe
                                                 √Enslen Crowe (CRO-098)
                                                 Diane Murray (MUR-048)
                                                 Donald M. Wright (WRI-021)
                                                 Thomas G. Tutten, Jr. (TUT-003)
                                                 Attorney for Creditor

OF COUNSEL:

Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013/Fax: (205) 212-2989
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 6th day of Aug., 2014, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Joshua C Milan  
SMC Legal  
566 S. Perry Street  
Montgomery, AL 36104  
jmilam@smclegal.com

Curtis C. Reding  
P.O. Box 173  
Montgomery, AL 36101  
trustees_office@ch13mdal.com

                      /s/Enslen Crowe  
                      OF COUNSEL